# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

YI LI,

    Plaintiff(s),

v.

CITY OF NORTH LAS VEGAS, et al.,

    Defendant(s).

Case No. 2:25-cv-01348-APG-NJK

**Order**

It appears that Plaintiff has moved without updating the mailing address on the docket. *See, e.g.*, *Li v. Trump Campaign Staff*, No. 2:25-cv-01336-GMN-NJK, Docket No. 12 (D. Nev. 12) (identifying numerous instances of mail returned as undeliverable).[1] "A party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address." *Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988); *see also in re Hammer*, 940 F.2d 524, 526 (9th Cir. 1991). To that end, the local rules require that litigants immediately file with the Court written notification of any change of address, and expressly warn that failure to do so may result in case-dispositive sanctions. *See* Local Rule IA 3-1.

Accordingly, Plaintiff is hereby **ORDERED** to file a notice of changed address by October 2, 2025. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN DISMISSAL.**

IT IS SO ORDERED.

Dated: September 18, 2025

                                                Nancy J. Koppe
                                                United States Magistrate Judge

---

[1] Plaintiff initiated at least five lawsuits within a matter of days. *See also Li v. Trump Campaign Staff,* No. 2:25-cv-01336-GMN-NJK; *Li v. The Siegel Group, Inc.*, No. 2:25-cv-01342-CDS-BNW; *Li v. Las Vegas Metropolitan Police Department*, No. 2:25-cv-01349-MDC; *Li v. Amazon.com, Inc.*, Case No. 2:25-cv-01381-RFB-DJA. The Court may take judicial notice of its files in other cases. *See, e.g.*, *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006).