UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Yi Li,

    Plaintiff(s),

v.

City of North Las Vegas, et al.,

    Defendant(s).

Case No. 2:25-cv-01348-APG-NJK

**Order**

On September 29, 2025, the Court ordered Plaintiff to update his mailing address. Docket No. 3. Plaintiff did not do so in this case, though the Court is aware that Plaintiff did do so in another case. *See Li v. Trump Campaign Staff*, No. 2:25-cv-01336-GMN-NJK, Docket No. 15 (D. Nev. Sept. 30, 2025). As a one-time courtesy, the Court will excuse Plaintiff's failure to comply with the order issued in this case. <u>Plaintiff must strictly comply with all orders moving forward.</u> The Clerk's Office is **INSTRUCTED** to update Plaintiff's address to 1041 Raven Ln. Chico, CA 95926

IT IS SO ORDERED.

Dated: December 9, 2025

                                            Nancy J. Koppe
                                            United States Magistrate Judge