UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Yi Li,<br><br>    Plaintiff(s),<br><br>v.<br><br>City of North Las Vegas, et al.,<br><br>    Defendant(s). | Case No. 2:25-cv-01348-APG-NJK<br><br>**ORDER**<br><br>[Docket No. 7] |

Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Although some concern remains, Plaintiff has for present purposes shown an inability to prepay fees and costs or give security for them. Accordingly, Plaintiff's application to proceed *in forma pauperis* (Docket No. 22) is **GRANTED** pursuant to 28 U.S.C. § 1915(a). The Clerk's Office is further **INSTRUCTED** to file the complaint (Docket No. 1-3) on the docket.[1]

IT IS SO ORDERED.

Dated: January 8, 2026

                                                          Nancy J. Koppe<br>
                                                          United States Magistrate Judge

---

[1] Concurrently herewith, the Court separately screens Plaintiff's complaint pursuant to 28 U.S.C. ¶ 1915(e).