**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

YI LI,

Plaintiff,

v.

CITY OF NORTH LAS VEGAS, et al.,

Defendants.

Case No. 2:25-cv-01348-APG-NJK

**Order Accepting Report and Recommendation and Dismissing Case**

(ECF No. 10)

Magistrate Judge Koppe recommends dismissal of plaintiff Yi Li's complaint with prejudice because it does not allege a federal claim and amendment would be futile. ECF No. 10. In response, Li filed an objection describing additional allegations she could assert. ECF No. 11. But none of those allegations gives rise to a federal question.  She can bring her claims in state court but not in this federal court.

I have conducted a de novo review of the issues set forth in Judge Koppe's Report and Recommendation under Local Rule IB 3-2.  Li's objection does not rebut Judge Koppe's findings or conclusions, or offer any reason why I should not accept her recommendation.  Judge Koppe's Report and Recommendation sets forth the proper legal analysis and the factual basis for the decision, and I accept and adopt it as my own.

I THEREFORE ORDER that the Report and Recommendation (ECF No. 10) is accepted This case is DISMISSED with prejudice against refiling in this federal court, but without prejudice to Li filing her claims in state court.  The clerk of the court shall enter Judgment accordingly and close this case.

Dated:  February 9, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE